F.S.P. LAW LIBRARY

Case 3:00-cv-00948-UA   Document 1   Filed 08/25/...   Page...

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
00 AUG 25 AM 8:39
_____JACKSONVILLE_____ Division
CLERK,...
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

V. FAUSTINO RIVERA                    Complaint - Jury Trial
                                       Demanded

_____        Emergency Injunction

(Enter full name of each Plaintiff and prison
number, if applicable.)

v. THE STATE OF FLORIDA, &             Case Number: 3:0 0-cv-0948-J-21A
SGT. D. MARTEN (D2 AREA                        (To be supplied by Clerk's Office)
SUPVR); BRYAN K. GRIFFIS,
JOSEPH SARDO AND JOSEPH                 JURISDICTION: 42 USC § 1983
ALLEN, INDIVIDUALLY AND OFFICIALLY       28 USC § 1331

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right.)

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** _____
                                    (Indicate the name and location)

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes ( ) No ( )

If your answer is YES, after reviewing the exhaustion requirements, answer the following questions.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Pursuant to the Prison Litigation Reform Act of 1995, Title VIII, Section 803, Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies

1

is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievances</u>

Inmates are not required to utilize the Informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A. <u>Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Grievance Alleging Violation of the Americans with Disabilities Act, Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes (✓) No ( )

       a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

F.S.P. LAW LIBRARY

b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing regarding this matter? Yes (✓) No ( )

2. If so, you must attach a copy of the disciplinary report worksheet and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___23___ day of ___August 23 2000___, 200_0_.

_____
Signature of Plaintiff

DC 225 (Rev. 1/97)                                                        3

Case 3:00-cv-00948-UA   Document 1   Filed 08/23/2000   Page 1

III. <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?</u>   Yes ( )  No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure?

   Yes ( ) No ( )

C. If your answer is YES:

   1. What steps did you take? _____

   _____

   2. What were the results? _____

   _____

   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain: _____
   _____ not applicable _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __23__ day of __august__, 200_0_.

_____
Signature of Plaintiff

F.S.P. LAW LIBRARY

IV.  **PREVIOUS LAWSUITS:**

A.  Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B.  Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )   I DoNT RECALL EXACTLY

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper using the same format.

   1.  Parties to previous lawsuit:

       Plaintiff(s): _____

       _____

       Defendant(s): _____

       _____

   2.  Court (if federal court, name the district; if state court, name the county):

       _____

       _____

   3.  Docket Number: _____

   4.  Name of judge: _____

   5.  Briefly describe the facts and basis of the lawsuit: _____

       _____

       _____

   6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

       _____

F.S.P. LAW LIBRARY

7. Approximate filing date: _____

8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and the disposition of each case:

I DON'T REMEMBER

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: VINCENT FAUSTINO RIVERA

Mailing address: FLORIDA STATE PRISON
P.O.B. 181 STARKE 32091

B. Additional Plaintiffs: _____

NONE

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

DC 225 (Rev. 1/97)                                 6

F.S.P. LAW LIBRARY

C. Defendant: SGT. D. MARTEN
Mailing Address: FSP/MU
P O B 181 STARKE 32091
Position: D2 AREA SUPVR CON. OFC.
Employed at: FSP

D. Defendant: BRYAN K. GRIFFIS
Mailing Address: FSP/MU
POB 181
Position: Con. Ofc.
Employed at: FSP/MU

E. Defendant: JOSEPH SANAD
Mailing Address: FSP/MU
P.O.B. 181 STARKE 32091
Position: Con. Ofc.
Employed at: FSP/MU

F. Defendant: JOSEPH ALLEN
Mailing Address: P.O.B. 181 STARKE 32091
FSP/MU
Position: Con. Ofc.
Employed at: FSP MU

F.S.P. LAW LIBRARY

G. Defendant: SGT. DOBBS, JR.

Mailing Address: FSP/MU

P.O.-B 181 STARKE 32091

Position: Con. Ofc. Unit Room / DI Supv.

Employed at: FSP/MU

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Complaint form.

I. Deprivation of plaintiff's rights 42 USC § 1981, 1983, 1985(3), And 1997(d) for violations of the 5th Amendment

II. Excessive use of force in violation of the 4th & 8th Amendments

IV. Conspiracy to deny plaintiff's rights.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. Do not make any legal arguments or cite any cases or statutes. State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. **Fact(s) or event(s)** giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On August 21, 2000, the day preceding the scheduled execution of inmate Hauser, the plaintiff

DC 225 (Rev. 1/97)                                                     8

F.S.P. LAW LIBRARY

**Statement of Facts, continued:**

was viciously assaulted by Officers Griffis, Bryan, Dobbs, Marten, Allen, and Sardo. The plaintiff was being escorted out of the waiting room by Officer Veraugh when Sgt. B. Griffis proceeded to take custody of the plaintiff, who is currently incarcerated at Florida State Prison. He then shoved the plaintiff into the wall, and stepped on his thongs, causing plaintiff's footwear to be removed. Officer Griffis then began physically assaulting the plaintiff and was joined by officers Dobbs, Marten, Sardo and Allen. The plaintiff received Disc. Rep. #s 205-1684/1682/1681 for unarmed assault even though he was in full restraints — i.e., leg irons, waist chain/pad lock, handcuffs/black box. Prior to the assault Sgt. B. Griffis made numerous racial slurs. The plaintiff was taken to NFRC at 2 AM and was seen by Dr. Lopez for a fractured radius in his left arm. No orthopedist had been on call at the time to treat the injury, and Dr. Lopez ordered that plaintiff be returned to NFRC (North Fla. Reception Center) at 8 AM. The plaintiff was returned to NFRC at that time for treatment of the injury sustained in the August 21, 2000 assault. At all times material to this complaint, the defendants were

DC 225 (Rev. 1/97)                                9

Statement of Facts, continued:

ACTING UNDER THE COLOR OF STATE LAW. PLAINTIFF IS IN IMMINENT DANGER OF SERIOUS PHYSICAL INJURY.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

① MONEY DAMAGES IN THE AMOUNT OF 200 MILLION DOLLARS ($200,000,000.00)
② AN ORDER ENJOINING DEFENDANTS FROM ENGAGING IN ANY FURTHER ILLEGAL ACTS
③ AN ORDER DECLARING THE RIGHTS OF THE PLAINTIFF
④ RESTORING THE PARTIES TO THE STATUS QUO
⑤ SUCH OTHER AND FURTHER RELIEF NECESSARY TO ADJUST THE EQUITIES BETWEEN THE PARTIES

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 23 day of August, 2000.

*/s/ signature*

(Signatures of all Plaintiffs)